IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAY - 8 2018

CLERK, U.S. DISTRICT COURT
By _____
  Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. |
| ALDO FABIO JAIMES (1) | **3-18CR-239-D** |

# INDICTMENT

The Grand Jury Charges:

### Count One
### Possession with Intent to Distribute a Controlled Substance
### (Violation of 21 U.S.C. § 841(a) and (b)(1)(B))

On or about February 2, 2018, in the Dallas Division of the Northern District of Texas, the defendant, **ALDO FABIO JAIMES**, did knowingly and intentionally possess with intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 841(a) and (b)(1)(B).

Forfeiture Notice
(21 U.S.C. § 853(a)(1) and (2))

Upon conviction of the offenses alleged in Count One of this indictment, the defendant shall forfeit to the United States of America all property, real or personal, constituting, or derived from, the proceeds obtained, directly or indirectly, as the result of such offense; and any property, real or personal, used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense.

A TRUE BILL

_____
FOREPERSON

ERIN NEALY COX
UNITED STATES ATTORNEY

_____
PHELESA M. GUY
Assistant United States Attorney
Texas State Bar No. 00798230
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214.659.8600
Facsimile: 214-659-8809

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

ALDO FABIO JAIMES (1)

INDICTMENT

21 U.S.C. § 841(a) and (b)(1)(B)
Possession with Intent to Distribute a Controlled Substance

21 U.S.C. § 853(a)(1) and (2)
Forfeiture Notice

1 Count

A true bill rendered

DALLAS                                                                                          FOREPERSON

Filed in open court this 8th day of May, 2018.

---

**Warrant to be Issued**

---

UNITED STATES MAGISTRATE JUDGE
No Criminal Matter Pending